**Exhibit A to the Complaint**

**Location:** Kings Park, NY  
**Total Works Infringed:** 47

**IP Address:** 72.69.52.93  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: CB5D2E3A1ABB0979FB91550120C30F2C801FD2CC<br>File Hash: 095FE999CA480928D8229B592510998605AE9805B452E27278F447A848819D2B | 04-18-2021 05:26:10 | Blacked | 12-16-2019 | 01-22-2020 | PA0002234860 |
| 2 | Info Hash: 001ABC886B9A9EE36243A3925A67918F322E2FD8<br>File Hash: EFEF72D802894A8D05535DA073C9D1B412E0991E2C47DF0F58C4A7F8AE1F4167 | 04-17-2021 19:49:15 | Blacked Raw | 01-27-2020 | 03-15-2020 | PA0002240550 |
| 3 | Info Hash: 65649A873598128394C314A25ED5CF8B356CEEBA<br>File Hash: BAADDEEE7D7164573B19B6DCD1C7A2FE5775386A6BA85F48483F8DD6BA9A4989 | 04-17-2021 19:02:28 | Blacked Raw | 02-01-2020 | 03-15-2020 | PA0002240553 |
| 4 | Info Hash: E31B23602B34579D10A58B41DD36179D18C8C7FF<br>File Hash: DD89AE114E3FD2AB9FFC1F58FB24AE999DF0CB7946C660ED082A881AEA277FBB | 04-17-2021 18:58:39 | Blacked Raw | 04-20-2020 | 05-19-2020 | PA0002241477 |
| 5 | Info Hash: BEC9DB1764FE6DFA3DC9C9674C0B55D178AA9C8A<br>File Hash: 4E816D0B9A8AD90A3E4EDF01FA56E83EA938CC65139954CDC73A8801DAAB002B | 04-17-2021 18:52:35 | Blacked Raw | 02-06-2020 | 02-20-2020 | PA0002229053 |
| 6 | Info Hash: 536081B3584FE9715A0C40EF6DF3910EE5BFB9A2<br>File Hash: 72522E54AB8B6DEF8E43E71CFDE9AF9C61B283FDB63E17C539E230ADA86FABE8 | 04-17-2021 18:48:22 | Blacked Raw | 01-22-2020 | 02-20-2020 | PA0002229057 |
| 7 | Info Hash: BDAAB1634538A6B59CEEA010C61C49921DAE5739<br>File Hash: AC3A6721FBF963137CFFD335238500DF035419ECAB5C5A9E03E919143E5F2389 | 04-17-2021 18:48:06 | Blacked Raw | 02-13-2020 | 03-18-2020 | PA0002241447 |
| 8 | Info Hash: F452223708C79DD2808A5CF333423ED95D7C72ED<br>File Hash: 8A147E80E2111BCA23308EEDC6BD0CA18732813273B1D50560E3D61E3845A79B | 04-17-2021 18:43:03 | Vixen | 06-28-2019 | 08-27-2019 | PA0002213233 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 381EFE870451932766FF793FB739DAB862234CCD<br>File Hash: 933B71FA0DFD5CEB92A2162B0A06541B6B51007777E73FE24AFBAA79017F195D | 04-05-2021 17:48:47 | Blacked | 09-17-2017 | 10-10-2017 | PA0002086174 |
| 10 | Info Hash: 01E2D63737795C42DECBE70A01357A537DE58F3F<br>File Hash: FACE33C44A60CC73BE6603918771201C7756911F1FE9C1F14FF4DCB7FC87D957 | 04-05-2021 16:56:13 | Blacked Raw | 11-03-2018 | 12-10-2018 | PA0002145823 |
| 11 | Info Hash: 295AFCB6BE6BE65411140D4DD03680C50698CB1D<br>File Hash: AAD9429F093FB43A937A661F086370F28947335F8E9336D79E40980C5CC94CE4 | 04-03-2021 06:01:55 | Blacked | 05-05-2019 | 07-05-2019 | PA0002206372 |
| 12 | Info Hash: E3B26F5C2DC1A36E0EF988A28A67E35C7D871A75<br>File Hash: EE2A22D7C42A06572835CA44CDD03226B209634290D2CCD3E20514017FFC8C1C | 04-03-2021 05:52:39 | Blacked Raw | 02-26-2020 | 04-17-2020 | PA0002252443 |
| 13 | Info Hash: 7A32700751133765173A52DCA07F3E727E72DBA1<br>File Hash: D01578070A186388877C9B3AC910493B3D9D1396190CD75DE403A7FDDBBB70BB | 04-03-2021 00:55:59 | Vixen | 10-06-2019 | 10-21-2019 | PA0002207778 |
| 14 | Info Hash: E1A6558896949F135B4034D3E45F3CC68563CC24<br>File Hash: AE00E9B3F80E440152CF9389BA5F71DA81BF961983FC6C2E841FC061C2FF91A7 | 03-30-2021 21:15:18 | Blacked Raw | 03-07-2020 | 04-17-2020 | PA0002246118 |
| 15 | Info Hash: 490C55643A09A91E75BCC1CCB631758AB7F502F0<br>File Hash: D3D985BBD3586404DCD36C805BBE28E693681DBF2129F717EE696BE634B28622 | 03-30-2021 21:14:49 | Blacked | 01-15-2020 | 02-04-2020 | PA0002225584 |
| 16 | Info Hash: 0CE33C446429277463F3D57A64FCA9072BD8DE65<br>File Hash: C2886ACBECB00180E9884BB466E7B9B53F3B038F5900184BC2FC6ED10618F54E | 03-30-2021 21:08:36 | Tushy | 02-20-2020 | 03-18-2020 | PA0002241623 |
| 17 | Info Hash: 111AF0F480E619AE224D6920F94278D4E7C5047F<br>File Hash: E75F306D7D0307EB89BB4D411FD7F1880C9547DCB10A0EBF25A7D39CAD0A8CA5 | 03-30-2021 21:08:35 | Vixen | 12-30-2019 | 01-27-2020 | PA0002223956 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 5E3DA7F3AA422383AC265CFFD2D0C43524E88FC7 File Hash: EFCE87CE8C06E931AAB49B4498D4288C58CE0A60458AFB169FB70F7B50848253 | 03-30-2021 15:48:42 | Tushy | 01-10-2021 | 02-09-2021 | PA0002276153 |
| 19 | Info Hash: 2B6F080DC004C9F97A9B9DB140A0CE58DD9E1EB1 File Hash: B23428F9FF4023B90678DD875453395B44B6CCFEC435C202F4074DE54DB6A27B | 03-23-2021 06:35:44 | Blacked Raw | 06-29-2020 | 07-17-2020 | PA0002248598 |
| 20 | Info Hash: A7D933B9C54CC5B64F8E1A3E69B2C21E3A194DDB File Hash: C91594405707E49A89EC95EC20BD55F3C23ED42EA504C969A6A4769FBA22EAA5 | 03-22-2021 23:37:48 | Blacked Raw | 06-15-2020 | 07-17-2020 | PA0002248596 |
| 21 | Info Hash: A5238ABA92C7C3F59BEBCF3AF06C6771D12ABCA5 File Hash: 9A155F7B62FDCAE408ED44E18AB48F2670085F9201AAA167AB70663EBFE36567 | 03-22-2021 23:21:58 | Blacked Raw | 03-23-2020 | 04-17-2020 | PA0002246101 |
| 22 | Info Hash: DF5AB30C3DCA2D1F7407D18CEF82EC233CFFAE23 File Hash: D221159F2ACCBF8C57638361E142A73720FE31BD17F4746F28FA595A6F81D55A | 03-22-2021 23:13:05 | Blacked Raw | 04-27-2020 | 05-19-2020 | PA0002241476 |
| 23 | Info Hash: 9C1CE6FCB8D6698AEC45344B2242F96968711B89 File Hash: 8196532497D1741E36686422F1AE49C5AEFDEAAC49A1D08F03F6154E8CAE013D | 03-16-2021 19:59:10 | Blacked | 10-10-2020 | 10-22-2020 | PA0002261812 |
| 24 | Info Hash: 765B069DC655D5838D123342C11E3984CD595AAE File Hash: 79B689F583677CF586EC837D4824DF62F33902715507B2A8A9FCC35051CD6B17 | 03-16-2021 19:42:29 | Tushy | 01-17-2021 | 02-09-2021 | PA0002276149 |
| 25 | Info Hash: 98964EDA7074851CE4E081F2443140EC47248C2D File Hash: 8DF50B3389C92E86EA71F0AB915C6997DC92053E68B171402560B1F9C5815753 | 03-16-2021 19:35:55 | Vixen | 08-27-2019 | 09-17-2019 | PA0002216129 |
| 26 | Info Hash: E8195D8533BD66DD72B3546499A492B7AE8C4E0E File Hash: 5DBA549CFBC0EC674BE2CCB3000566929824AF2C37570A99CD9160B3DD17B573 | 03-04-2021 20:19:45 | Blacked Raw | 10-19-2018 | 11-25-2018 | PA0002136715 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: A22F4E6473563F6C90E3BBC562FEAA70622DDCC1<br>File Hash: AB2C3B1C28081D91AA1C5E3AE980E9D6F493F86E17C24503E86A63624719B66D | 03-04-2021 20:11:38 | Blacked Raw | 03-17-2020 | 04-17-2020 | PA0002246171 |
| 28 | Info Hash: 9E21FC2DFC347C12309343DD80771D9486458A76<br>File Hash: 55868F6478D3621FBA64627E2E3C915DF55FDA10C3AC50722FDDCBB954721528 | 03-04-2021 19:13:57 | Blacked Raw | 04-06-2020 | 04-17-2020 | PA0002237306 |
| 29 | Info Hash: BD46BCA2E91B2EB9645EF46BC37BB0D84F70F5CC<br>File Hash: 3D8FC25742F2CCB8C7A72683B3BB552213CACC15AC759F2E24DCF78105AF6E7B | 03-04-2021 19:01:05 | Blacked Raw | 05-04-2020 | 05-19-2020 | PA0002241475 |
| 30 | Info Hash: E181BB60B0891C778C8B80EEBA441E227C455A4D<br>File Hash: 842E2BF56706C6B3832A19291B4D9EDEF8B56BB966A464AA395B44BBA369F8A6 | 03-04-2021 18:55:36 | Blacked Raw | 07-06-2020 | 07-20-2020 | PA0002248962 |
| 31 | Info Hash: DF6E4F79923A880CAF6E19FE91C78F5C8752F0F6<br>File Hash: 827C71CBFCF0299436D78692A48C676C29B557844AC9FFFFA9F8C5EF2E5901CE | 03-04-2021 18:54:53 | Blacked Raw | 07-13-2020 | 07-20-2020 | PA0002248963 |
| 32 | Info Hash: 7BFDD04F613CE16CEE065312E874C7192794FE1A<br>File Hash: 6107DCAAD1ACA6548C7BFB291C9BC7BBEFD5803EB4EECB7588D0EE5C871C23A8 | 03-04-2021 18:54:53 | Blacked Raw | 06-08-2020 | 06-25-2020 | PA0002255509 |
| 33 | Info Hash: FB6E2922CB4A507A89BC3061DC947A77E2A3483A<br>File Hash: F1A108E7915F3893626668F747AC2294B639E966423FEAE9AD57E90309217051 | 03-04-2021 15:50:52 | Blacked Raw | 06-22-2020 | 07-16-2020 | PA0002248579 |
| 34 | Info Hash: 2BDB068D7649BB74F337A38B5E174EA8741D1E6D<br>File Hash: AE86DBD569E77F0931D97B7EF5B5E149F896C2CA940B53E93E202B0D739ACFDA | 03-02-2021 22:15:54 | Blacked Raw | 07-16-2018 | 09-01-2018 | PA0002119681 |
| 35 | Info Hash: 072EB61B814EC6ADC8FEA2E1065399B241DF0809<br>File Hash: 2E05AFCE93F947993DCE213C568DF9A55FBFEFC8135FFD804B4493E826AD985B | 02-14-2021 03:02:35 | Blacked Raw | 03-08-2018 | 04-17-2018 | PA0002116094 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 9072D152F29FABC6371A6A4734E391D76AC3E3BD<br>File Hash: 44B58E906388B39239BA82526343C048BB4FD28923BFD78BF640415DACF21B7F | 02-13-2021 16:49:14 | Blacked Raw | 11-08-2018 | 12-10-2018 | PA0002145833 |
| 37 | Info Hash: 247D5BFC2872B66EFCE8DE06D603BEC84B6D4213<br>File Hash: B57DF51A296DC176E770056FD67CB99BD3C012A51B7570A5323BA8BF6251B668 | 02-13-2021 15:42:11 | Blacked | 01-10-2018 | 01-15-2018 | PA0002070942 |
| 38 | Info Hash: E96EB526BC456E88EB3198D0BFA6E6B900E99CE8<br>File Hash: 6095DEDF6E596075B4C3A0DDAFBFE86290AAB7F9E7BEF01B1E2AF8A39A5D7569 | 01-31-2021 17:22:38 | Blacked | 03-06-2018 | 04-12-2018 | PA0002091581 |
| 39 | Info Hash: 806009B9959932F8E591E62CD29CEDBB4A6097D8<br>File Hash: B403794168550DD8E5E6F4AA80C26EBA9C650F404BADD45B5188C4DF4F667B85 | 01-21-2021 17:06:47 | Tushy | 08-09-2017 | 08-17-2017 | PA0002077673 |
| 40 | Info Hash: 6BB237018BC7F36B47B64E3ACA4F13D74F9806E3<br>File Hash: 028A3CDE130F26E2949EC18B749CFFC2487207A35F67FE14ED5F5B41F78C9D5B | 01-19-2021 20:19:00 | Blacked | 02-19-2020 | 03-18-2020 | PA0002241617 |
| 41 | Info Hash: 6AA870E3F55544F4B0AA3BB0604963577DB37248<br>File Hash: 3DDDCD20C78E60D97705D3FB353BCFEA7390157EC1E9BCA6FBD846BE81C7C019 | 01-19-2021 19:47:29 | Tushy | 05-31-2019 | 06-17-2019 | PA0002181300 |
| 42 | Info Hash: ABA1705CAB6677A1C683CC8B9748C3C5A374A204<br>File Hash: C086F8C919EB4573135D2AABA49A21E62A39AE2EBAB52617B763731BD3FEC4BA | 01-19-2021 19:43:22 | Blacked | 08-23-2019 | 09-11-2019 | PA0002199989 |
| 43 | Info Hash: A913010CC1A52DF3AC722D912B514555FDAD4B64<br>File Hash: E01C8945D9DF91147AC85BFC8ECD9BB7F670798BD9B93BC5963C4B51862E567D | 12-02-2020 04:47:42 | Blacked Raw | 11-21-2018 | 12-18-2018 | PA0002141915 |
| 44 | Info Hash: EC3B6E7FBE8132A654ACCB1C5C3520BF9253150F<br>File Hash: EEBE9777407DE8CF0BE95C10B8B38DFB74B9DC9DB223B12BD880D826E70498EF | 11-11-2020 08:14:33 | Tushy | 01-26-2019 | 02-22-2019 | PA0002155150 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 45 | Info Hash: 0A691570260067ECDB12182C56BE04ABE5FB7226<br>File Hash: B7D5223B295501A4A62A17114D8C4A5DDC23E921548D516F1037881F7408A8C0 | 10-19-2020 19:47:25 | Blacked Raw | 09-24-2019 | 10-07-2019 | PA0002205464 |
| 46 | Info Hash: 1B2382289ABB38239B1FF055D9746681B6157C71<br>File Hash: A59AA469EA9239D0D66218CB34A5A688895E5305502B8151FC1A17598C0DEF83 | 10-13-2020 00:25:38 | Blacked Raw | 11-25-2019 | 12-09-2019 | PA0002216263 |
| 47 | Info Hash: 9E5B5C0E2243CC167635B7C87ED9B4313823AEBF<br>File Hash: BD09893B24176EEB3D74C86838B2C0A80380170DB24660E9A7B6C661299F32C3 | 09-11-2020 13:21:35 | Blacked Raw | 01-12-2020 | 02-04-2020 | PA0002225587 |